IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   18 U.S.C. §§ 1201(a) and |
| | ) | 1153 |
| KENNETH BYRON GRADY | ) | |

**Kidnapping**

The Grand Jury Charges:

On or about July 13, 2010, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KENNETH BYRON GRADY,

an Indian, unlawfully seized, confined, kidnapped, abducted, and carried away and held for ransom, reward, and otherwise an adult Indian female, namely, S.G.;

In violation of Title 18, United States Code, Sections 1201(a) and 1153.

A TRUE BILL:


/s/ Grand Jury Foreperson_____

Foreperson


/s/ Timothy Q. Purdon_____
TIMOTHY Q. PURDON
United States Attorney

RLV:rab