UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHWESTERN DIVISION

_____

UNITED STATES OF AMERICA,                    4:10-cr-098

               Plaintiff,

                                      DEFENDANT'S SENTENCING
vs.                                          MEMORANDUM

KENNETH BYRON GRADY,

               Defendant.

_____

       The Defendant, Kenneth Byron Grady, was charged in a One Count Indictment with kidnaping in violation of 18 U.S.C. § 1201(a).  Mr. Grady subsequently pled guilty to an Information charging him with the offense of assault with a dangerous weapon.  The Presentence Investigation Report correctly calculates the offense level as 20 with a Criminal History I and Sentencing Guideline range of 33 - 41 months.

3553(a) SENTENCING REQUEST

       Mr. Grady suffers from several emotional issues.  In addition, he has substantial substance abuse issues as well which includes the use of prescription medications as well as alcohol.

       Mr. Grady has never finished his high school education and as a result has been only employed sporadically.

       The victim in this case has written a lengthy letter to the Court regarding Mr. Grady and the sentence that he should receive.

Based upon 18 U.S.C. § 3553(a) a fair and reasonable sentence under these circumstances is 24 months.  Such a sentence would consider Mr. Grady's actions as well as the requests of Sabrina Grinnell, the victim.

Dated this 18th day of April, 2011.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:

/s/ Orell D. Schmitz
Orell D. Schmitz, (ND Bar ID#03119)
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
324 North 3rd Street, Suite 1
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2011, the following document(s):

**Defendant's Sentencing Memorandum**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Rick Volk
Rick.Volk@usdoj.gov

I further certify that copy of the foregoing documents and the Notice of Electronic Filing will be mailed first class mail, postage paid, to the following non-ECF participants:

/s/ Orell D. Schmitz
Orell D. Schmitz,
Assistant Federal Public Defender